IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CAROLYN WATSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 22-2314-JWB-ADM |
| THE UNIVERSITY OF KANSAS, | ) ) ) |
| Defendant. | ) ) |

**JOINT RENEWED UNOPPOSED MOTION FOR
<u>AGREED PROTECTIVE ORDER</u>**

Plaintiff Carolyn Watson and Defendant, The University of Kansas, move the Court to grant their Joint Renewed Motion for Agreed Protective Order pursuant to Federal Rule of Civil Procedure 26(c). To maintain the confidentiality of certain confidential information disclosed in this lawsuit, the parties move the Court to enter the jointly proposed Agreed Protective Order submitted by email to the Court's chambers at [ksd_mitchell_chambers@ksd.uscourts.gov](mailto:ksd_mitchell_chambers@ksd.uscourts.gov). In support of this motion, the parties state:

1. This is an employment dispute in which Plaintiff alleges claims against the Defendant for violations of the Equal Pay Act; discrimination and hostile work environment based on sex in violation of Title VII of the Civil Rights Act; retaliation under Title VII of the Civil Rights Act; and retaliation and retaliatory harassment under Title IX of the Education Amendments of 1972.

2. As part of the dispute, the parties anticipate discovery will seek or require production of the following classes of documents and information:

    - Personnel records and other confidential records concerning Plaintiff and other University employees (both current and former);

    - Confidential concerning employment actions, employment agreements, and records

related to confidential investigations of complaints of harassment or discrimination;

- Information protected from disclosure under the Kansas Open Records Act or other state or federal law;
- Financial documents and tax returns; and
- Medical records and protected health information.

3. To facilitate the prompt production of discovery materials and information, promote the resolution of disputes over confidentiality, adequately protect material entitled to be kept confidential, and ensure that protection is afforded only to material so entitled, the parties have conferred and agreed upon the procedures set forth in the proposed protective order.

4. The Agreed Protective Order has been sent directly to Judge Mitchell's chambers pursuant to D. Kan. Rules 5.4.4 and 7.1 and D. Kan. Admin. Procedures II.(E)(2)(c).

5. Good cause exists for the entry of a protective order in this case.

WHEREFORE, the parties respectfully request that the Court grant their motion and enter the proposed Agreed Protective Order.

| | |
|---|---|
| **WE SO MOVE**<br>**and agree to abide by the**<br>**terms of this Order** | **WE SO MOVE**<br>**and agree to abide by the**<br>**terms of this Order** |
| */s/ Heather Schlozman*<br>Heather J. Schlozman, KS Bar # 23869<br>Mark V. Dugan, KS Bar # 23897<br>8826 Santa Fe Drive, Suite 307<br>Overland Park, Kansas 66212<br>Telephone: (913) 322-3528<br>Facsimile: (913) 904-0213<br>heather@duganschlozman.com<br>mark@duganschlozman.com<br>Attorneys for Plaintiff | */s/ Tara Eberline*<br>Anthony F. Rupp, KS #11590<br>Tara Eberline, KS #22576<br>Sarah E. Stula, KS #27156<br>7500 College Boulevard, Suite 1400<br>Overland Park, Kansas 66210<br>(913) 498-2100<br>(913) 498-2101 (fax)<br>trupp@foulston.com<br>teberline@foulston.com<br>sstula@foulston.com<br>Attorneys for Defendant |
| Dated: March 30, 2023 | Dated: March 30, 2023 |