UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CAROLYN WATSON,

    Plaintiff,

    v.

THE UNIVERSITY OF KANSAS,

    Defendant.

Case No. 2:22-CV-02314

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Carolyn Watson and Defendant the University of Kansas, by and through their respective attorneys of record, hereby stipulate that all claims in this matter are dismissed with prejudice, with each party to bear their own costs.

Date: August 23, 2023.

**DUGAN SCHLOZMAN LLC**

/s/ *Heather J. Schlozman*
Heather J. Schlozman, KS Bar # 23869
Mark V. Dugan, KS Bar # 23897
heather@duganschlozman.com
mark@duganschlozman.com
8826 Santa Fe Drive, Suite 307
Overland Park, Kansas 66212
Telephone: (913) 322-3528
Facsimile: (913) 904-0213

**Counsel for Plaintiff**

And

**FOULSTON SIEFKIN LLP**

/s/*Tara S. Eberline*

Tara S. Eberline
Anthony F. Rupp
Foulston Siefkin LLP
7500 College Blvd, Suite 1400
Overland Park, KS 66210
teberline@foulston.com
913-498-2136
Trupp@foulston.com
913-498-2127

**Attorneys for Defendant**